UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Sharon A. King |
| | : | Mag. No. 20-5523 (SAK) |
| LEIRE LEIAN MASSA | : | |

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Andrew B. Johns, Assistant U.S. Attorney, appearing), and defendant Leire Leian Massa (Ira M. Slovin, Esquire, appearing), for an order granting a continuance of the proceedings in the above-captioned matter to permit the defendant and her counsel time to review informal discovery, investigate the charges, and to engage in plea negotiations, if the defendant desires to do so; the defendant being aware that she has the right to have the matter submitted to a grand jury within thirty days of the date of her initial appearance pursuant to Title 18, United States Code, Section 3161(b); this being the seventh continuance in this matter; the defendant having consented to this continuance; the defendant having waived her right to a speedy trial; and for good cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and her counsel have expressed a need to review the informal discovery materials provided by the United States, investigate the charges, to confer to discuss how to proceed, and to engage in plea negotiations, if appropriate;

(2) The defendant has consented to the continuance; and

(3) Pursuant to Title 18, United States Code, Sections 3161(h)(1)(A) and 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 3rd day of June, 2022,

ORDERED that this action be, and hereby is, continued from the date of the entry of this Order to and including September 2, 2022, and it is further

ORDERED that the period from the date of the entry of this Order through and including September 2, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. SHARON A. KING
United States Magistrate Judge

Seen and agreed to by:

_____
ANDREW B. JOHNS
Assistant U.S. Attorney

_____
MOLLY S. LORBER
Attorney-in-Charge, Camden

_____
IRA M. SLOVIN, ESQUIRE
Counsel for Defendant Leire Leian Massa